No. 99A525. ROBINSON ET AL. *v.* DISTRICT OF COLUMBIA BOARD OF ZONING ADJUSTMENT. Ct. App. D. C. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–2137. IN RE DISBARMENT OF GEREIGHTY. Thomas M. Gereighty, of New Orleans, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2138. IN RE DISBARMENT OF JONES. Adair D. Jones, of Baton Rouge, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2139. IN RE DISBARMENT OF HENCKE. Albert L. Hencke, of Blue Springs, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99M56. MUNOZ, AKA DOE *v.* UNITED STATES;
No. 99M57. KAFERLY *v.* U S WEST TECHNOLOGIES ET AL.;
No. 99M59. GUIDO *v.* CALIFORNIA; and
No. 99M60. WILLIAMS *v.* COMMISSIONER OF INTERNAL REVENUE. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 99M58. LENNIX *v.* BIG 3 INDUSTRIES ET AL. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. 98–1828. VERMONT AGENCY OF NATURAL RESOURCES *v.* UNITED STATES EX REL. STEVENS. C. A. 2d Cir. [Certiorari granted, 527 U. S. 1034.] Motion of Hamilton Securities Group, Inc., for leave to file a supplemental brief as *amicus curiae* out of time denied.

No. 98–1949. PEGRAM ET AL. *v.* HERDRICH. C. A. 7th Cir. [Certiorari granted, 527 U. S. 1068.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.